AO 442 (Rev. 01/09, MD 6/09) Arrest Warrant

FID 10027224

# UNITED STATES DISTRICT COURT
## for the
## District of Maryland

United States of America v. )
)
Marquese Alphonso Murray )   Case No. 8:16-cr-00095-PWG-1
)
*Defendant* )

Case: 1:22-mj-00164
Assigned To : Harvey, G. Michael
Assign. Date : 7/18/2022
Description: Arrest Rule (5)

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Marquese Alphonso Murray

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Alleged to violation for supervised release.

Date:   September 22, 2021

H. Espino
*By: Deputy Clerk*

Address:   6500 Cherrywood Lane
Greenbelt, Md. 20770

Catherine Stavlas, Clerk, U.S. District Court
*Name and Title of Issuing Officer*

### Return

This warrant was received on *(date)* 09.22.21 , and the person was arrested on *(date)* 07.18.22
at *(city and state)* WASHINGTON DC

Date: 07.18.22

*Arresting officer's signature*

COREY WILLIAMS DEO
*Printed name and title*