Case: 1:22−mj−00164
Assigned To : Harvey, G. Michael
Assign. Date : 7/18/2022
Description: Arrest Rule (5)

PROB 12
(Rev. 10/19)

**United States District Court
for the
DISTRICT OF MARYLAND**

**United States vs. Marquese Alphonso Murray**

**Docket No.: 0416 8:16CR00095-001**

**SEALED
Petition on Supervised Released
Petition #2
September 15, 2021**

COMES NOW **James Dagro** PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of **Marquese Alphonso Murray** who was sentenced for **Possession of Cocaine Base with Intent to Distribute, Possession of a Firearm in a School Zone, 21 U.S.C. § 841(a)(1), a Class C Felony, Class D Felony\***, by the Honorable **Paul W. Grimm, U.S. District Judge,** sitting in the court at **Greenbelt, Maryland,** on the **5th day of January, 2017,** who sentenced the defendant to **24 Months Bureau of Prisons; 36 Months Supervised Release,** and imposed the general terms and conditions theretofore adopted by the court and also imposed additional conditions and terms as follows:

*Supervision commenced on December 2, 2017.*
*\*Pursuant to 18 U.S.C. § 3583(e)(3), the maximum penalty upon revocation is 2 years.*
*\*\*The maximum period of Supervised Release that may be imposed following a new term of imprisonment upon revocation: 36 months, minus the term of imprisonment imposed.*

1. **The defendant shall satisfactorily participate in a vocational or educational program as directed by the probation officer.**
2. **The defendant shall satisfactorily participate in a treatment program approved by the probation officer relating to substance and/or alcohol abuse, which may include evaluation, counseling, and testing as deemed necessary by the probation officer.**
3. **Special Assessment: $200**

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation Number 1**
On July 13, 2020, Mr. Murray did commit the offense of Handgun in Vehicle, Handgun on Person as charged in Prince Georges County District Court of Maryland case number 6E00691480.

The defendant is in violation of Statutory Condition #1 which states: The defendant shall not commit any federal, state, or local crime.

**Re: Murray, Marquese**
**Dkt. #: 0416 8:16CR00095-001**
**Petition #: 1**
**Page: 2**

**Violation Number 2**
On July 13, 2020, Mr. Murray did commit the offense of Handgun in Vehicle, Handgun on Person as charged in Prince Georges County District Court of Maryland case number 6E00691480.

The defendant is in violation of Statutory Condition #2 which states: The defendant shall not possess a firearm or ammunition as defined in 18 U.S.C. § 921.

**Violation Number 3**
On September 12, 2021, Mr. Murray did commit the offense of Unlawful Possession of a Firearm (Prior Conviction >1 year) as charged in the District of Columbia Superior Court case number 2021 CF2 005218.

The defendant is in violation of Statutory Condition #1 which states: The defendant shall not commit any federal, state, or local crime.

**Violation Number 4**
On September 12, 2021, Mr. Murray did commit the offense of Unlawful Possession of a Firearm (Prior Conviction >1 year) as charged in the District of Columbia Superior Court case number 2021 CF2 005218.

The defendant is in violation of Statutory Condition #2 which states: The defendant shall not possess a firearm or ammunition as defined in 18 U.S.C. § 921.

**Violation Number 5**
On September 12, 2021, Mr. Murray did commit the offense of Driving Under the Influence of Alcohol or a Drug as charged in the District of Columbia Superior Court case number 2021 CTF 005222.

The defendant is in violation of Statutory Condition #1 which states: The defendant shall not commit any federal, state, or local crime.

**Violation Number 6**
Mr. Murray did reside in the District of Columbia without permission of the court or probation officer.

The defendant is in violation of Standard Condition #1 which states: The defendant shall not leave the judicial district without the permission of the court or probation officer.

**Violation Number 7**
Mr. Murray did reside in the District of Columbia without notifying probation prior to any change of residence.

The defendant is in violation of Standard Condition #6 which states: The defendant shall notify the probation officer ten days prior to any change in residence or employment.

Re: Murray, Marquese
Dkt. #: 0416 8:16CR00095-001
Petition #: 1
Page: 3

**Violation Number 8**

On September 12, 2021, Mr. Murray did commit the offense of Driving Under the Influence of Alcohol or a Drug as charged in the District of Columbia Superior Court case number 2021 CTF 005222.

The defendant is in violation of Standard Condition #7 which states: The defendant refrain from excessive use of alcohol.

**Violation Number 9**

Mr. Murray neglected to pay the $200 special assessment fee throughout the duration of his supervision.

The defendant is in violation of the Special Condition which states: The defendant shall pay a special assessment in the amount of $200.

        PRAYING THAT THE COURT WILL ORDER a warrant be issued for the arrest of Marquese Alphonso Murray for alleged violation(s) of Supervised Release.  This document shall be sealed until the defendant's initial court appearance.

ORDER OF COURT
        Considered and ordered as prayed this _____
day of _____, 20___ and ordered filed and made a
part of the records in the above case.


_____
                Paul W. Grimm
                U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct,

_____
James Dagro, U.S. Probation Officer

Date:   September 16, 2021

Reviewed and Approved By:

_____
Laura L. Reber, Supervisory U.S. Probation Officer

Date:   September 16, 2021

Place:   Greenbelt, Maryland

**Re: Murray, Marquese**
**Dkt. #: 0416 8:16CR00095-001**
**Petition #: 1**
**Page: 4**